EDWARD OCHMAN *v.* ZONING BOARD OF APPEALS OF THE TOWN OF FAIRFIELD ET AL.

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Thomas N. Moore,* in support of the petition.

*Aaron B. Schless* and *Sydney P. Simons,* in opposition.

Submitted June 20—decided June 25, 1974

H. R. CONNREALCO ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF OXFORD

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Robert J. Uskevich,* in support of the petition.

*Frederick F. Ehrsam,* in opposition.

Submitted June 17—decided July 2, 1974

PAUL J. COLETTI ET AL. *v.* TOWN PLAN AND ZONING COMMISSION OF FAIRFIELD

The plaintiffs' motion to amend their appeal dated June 5, 1974, from the Court of Common Pleas in Fairfield County is granted.

*Henry Lyons III,* in support of the motion.